UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X   O R D E R
DR. LARISA LIKVER,

            Plaintiff,   CV-05-5014 (DLI)

  -against-

UNITED HEALTH GROUP
INCORPORATED, et al.,

            Defendants.
----------------------------------X

    An initial conference will be held in the above-captioned case on November 29, 2005, at 1:45 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call 718-260-2530 to cancel.

    <u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated:  Brooklyn, New York
       November 2, 2005

                                       JOAN M. AZRACK
                                       UNITED STATES MAGISTRATE JUDGE